UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60181-CIV-COHN/SNOW

RANDALL A. BONO, Trustee,

    Plaintiff,

vs.

AMERICAN EAGLE FLEET LEASING, INC., et. al,

    Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS

      THIS CAUSE is before the Court upon Defendants Coin Castle Casino Lines and Albert Lagano's Motion to Dismiss for Failure to Join Indispensable Parties, Joining and Service of Improper Parties, Failure to State a Cause of Action and Insufficient Services of Process [DE4] and Plaintiff's Response and Cross-Motion for Leave to Amend the Complaint [DE 6].  The Court has carefully considered the motion and response thereto, and is otherwise fully advised in the premises.  A response to the cross-motion was due on May 7, 2007 (a reply was due April 30, 2007, but none was filed).

      Plaintiff Randall Bono filed this action in this Court on February 12, 2007.  On March 23, 2007, Attorney Albert Lagano filed a motion to dismiss on behalf of himself and Defendant Coin Castle Casino Lines.  The motion sought dismissal on a variety of grounds, including that certain defendants did not exist as listed, that one defendant filed bankruptcy, that the complaint failed to join indispensable parties, failed to state a claim and was insufficiently served.  No memorandum of law was included with the motion.  In fact, the motion reads more like an answer than a motion to dismiss.

In response to the motion, Plaintiff correctly asserts that Defendants did not identify any "indispensable parties," and that part of the motion can be denied on that basis alone.  In addition, Plaintiff rebuts the various assertions by Defendants regarding the identity and involvement and possible liability of various other Defendants.

It is clear that Defendants' motion should be denied.  The motion does not comply with Local Rule 7.1.A, which requires a memorandum of law for such a motion to dismiss.  More importantly, addressing the merits of the motion, if Defendants contend that certain named defendants are improperly named, or subject to a bankruptcy stay, then proper documentation to support such a dismissal is necessary, even if the motion turns into a motion for summary judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants Coin Castle Casino Lines and Albert Lagano's Motion to Dismiss for Failure to Join Indispensable Parties, Joining and Service of Improper Parties, Failure to State a Cause of Action and Insufficient Services of Process [DE4] is hereby **DENIED**;

2. Plaintiff's Cross-Motion for Leave to Amend the Complaint [DE 6] is hereby **DENIED, without prejudice, as moot**.  Plaintiff can amend the Complaint as of right (without leave of court) prior to the filing of an actual answer to the original Complaint;

3. All served Defendants should now respond to the Complaint within ten business

days of this order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th of May, 2007.

JAMES I. COHN
United States District Judge

copies to:

George Mitchell, Esq./John Cavo, Esq.
Albert Lagano, Esq.