UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60181-CIV-COHN/SNOW

RANDALL A. BONO, Trustee,

    Plaintiff,

vs.

AMERICAN EAGLE FLEET LEASING, INC., et. al,

    Defendants.
_____/

## FINAL DEFAULT SUMMARY JUDGMENT

THIS CAUSE is before the Court upon the separately entered order granting Defendant Gary Smith's Motion for Summary Judgment. Accordingly it is **ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of Gary Smith, and against the Plaintiff, Randall A. Bono, Trustee, on all claims in the filed in this case, and Plaintiff shall take nothing from Defendant Smith in this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of August, 2007.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies furnished to:

George Mitchell, Esq./John Cavo, Esq.
Michael Karcher, Esq.
Albert Lagano (pro se defendant, via mail)