39924

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"



FT. LAUDERDALE DIVISION

RANDALL A. BONO, Trustee U/A dated
May 8, 1995,

    Plaintiff,

vs.

CASE NO. 07-60181-CIV-COHN

AMERICAN EAGLE FLEET LEASING,
INCORPORATED, A Florida Corporation;
AMERICAN FLEET LEASING
INCORPORATED, A Florida Corporation;
COIN CASTLE CASINO LINES, INC. A
Florida Corporation; ALBERT LAGANO,
individually and GARY SMITH, a/k/a
THOMAS O'DONNELL, individually,

Magistrate Judge: Seltzer

    Defendants.
_____/

## ORDER GRANTING RANDALL A. BONO, TRUSTEE U/A DATED MAY 8, 1995's MOTION FOR SUMMARY JUDGMENT

THIS CAUSE is before the Court upon Randall A. Bono, Trustee U/A dated May 8, 1995's, Motion for Summary Judgment against the defendants, American Eagle Fleet Leasing, Inc.; Con Castle Casino Lines, Inc.; and Albert Lagano, jointly and severally. The Court has carefully considered the Motion and notes the lack of response by the defendants to the Motion. The Court further notes that the afore in named defendants have failed to file Answers on their behalf to the Complaint filed herein.

Upon review of the Plaintiff's Motion, the Court takes the facts presented in the Motion and Memorandum, together with the supporting Affidavit of Randall A. Bono, Trustee U/A dated May 8, 1995, as true for the purposes of the Motion. The Defendants American Eagle Fleet Leasing, Inc.; Coin Castle Casino Lines, Inc.; and Albert Lagano, individually, have failed to put forth any evidence to create a

genuine issue of material fact. After a movant has met his burden under Fed. R. Civ. P. 56 (c) the burden of production shifts and the non moving party "Must do more than simply show that there is some metaphysical doubt as to the material facts". *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.* 475 U.S. 574, 586 (1986). According to the plain language of Fed. R. Civ. P. 56 (e), the non moving party must come forward with specific facts showing that there is a genuine issue for trial. Fed. R. Civ. P. 56 (e); *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.* 475 U. S. 587. In as much as the defendants American Eagle Fleet Leasing, Inc.; Coin Castle Lines, Inc.; and Albert Lagano, individually, have failed to demonstrate a genuine issue for trial, much less file an answer to the Plaintiff's Complaint herein, the Court must grant Plaintiff Randall A. Bono, Trustee U/A dated May 8, 1995's Motion for Summary Judgment.

Accordingly it is ORDERED and ADJUDGED as follows:

1. The Motion of Randall A. Bono, Trustee U/A dated May 8, 1995, for Summary Judgment is hereby Granted.

2. The Court shall separately enter a Summary Final Judgment in favor of the Plaintiff Bono and against the defendants American Eagle Fleet Leasing Inc.; Coin Castle Lines, Inc.; and Albert Lagano, jointly and severally, in the total sum of $384,568.23.

3. This Court shall retain jurisdiction to enforce the indemnification provisions of the charter party against American Eagle Fleet Leasing, Inc.; Coin Castle Lines, Inc.; and Albert Lagano, to the extent that there are damages that may be incurred by the plaintiff in the future with respect to the Defendants stranding and abandonment of the vessel M/V Lady Luck in the Florida Keys National Marine Sanctuary.

4. The Clerk may close this case.

DONE and ORDERED in Chambers in Fort Lauderdale, Broward County, Florida, this 4th of December, 2007.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:
George O. Mitchell, Esq.
Michael Karcher, Esq.
American Eagle Fleet Leasing, Inc.
Coin Castle Lines, Inc.
Albert Lagano thru Albert Lagano (via mail)